**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01634-CV

### SHAMOUN & NORMAN, LLP, Appellant

### V.

### ALBERT G. HILL, JR., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

We **GRANT** appellant's November 12, 2014 unopposed second motion for an extension of time to file its reply/cross-appellee's brief. Appellant shall file its combined brief by **December 19, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    CRAIG STODDART
        JUSTICE